NaKeeta Woods
5750 N. 59th Avenue
Unit # 107
Glendale, AZ 85301
602-531-4735

Case 2:13-cv-02231-NVW   Document 1   Filed 10/31/13   Page 1 of 2

FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 31 2013
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The United States District Court
For The District of Arizona

CV-13-02231-PHX-NVW

NaKeeta Woods
Plaintiff
Vs.
Defendant
National Security Agency
Governor JAN Brewer
Watchtower Bible Tract Society

Complaint
Remote Neural Monitoring harassment

Jurisdiction
This complaint is a federal crime

Complaint

I am a victim of remote neural monitoring harassment, stalking and Invasion of Privacy and is seeking Punitive relief for emotional distress, humiliation,

suffering and pain. Remote Neural Monitoring violates my civil rights so I am willing to take needed steps to protect my rights in the state of Arizona.

## Demand

My demands for this violation is $5,000,000.00 million dollars.

October 26, 2013

*Nakeeta Woods*
NAkeeta Woods
5750 N. 59th Avenue Unit #107
602-531-4735